678

DEANE ag<sup>t</sup> PEASE

John Pease personally appeared before the Wòrpp<sup>ll</sup> Simon Brad-
street Esq<sup>r</sup> & Edw<sup>d</sup> Tyng Esq<sup>r</sup> Assist<sup>s</sup> Aprill 19º 1676. & confessed

judgem$^t$ ag$^t$ himselfe & Estate unto m$^r$ Thomas Deane of Boston Merch$^t$ for Four pounds Seventeen Shillings & three pence in mony, in full of a bill on file dat. 24$^o$ January. 1675. wherein hee & John Parker stand jointly & severally bound to s$^d$ Deane.

as Attests. Js$^a$ Addington Cler